[No. 32736-8-II.   Division Two.   March 28, 2006.]

RONALD OSTENSON, *Appellant,* v. DENIS MOYNIHAN ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 01-2-01376-5, F. Mark McCauley, J., entered January 10, 2005. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 33526-3-II.   Division Two.   March 28, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JEREMY J. HADDOCK, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 05-1-00632-7, Gary Tabor, J., entered July 12, 2005. *Reversed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 23123-2-III.   Division Three.   March 28, 2006.]

MILO BAUDER ET AL., *Appellants,* v. THE DEPARTMENT OF TRANSPORTATION ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 02-2-02123-6, Carolyn A. Brown, J., entered May 24, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, J., and Thompson, J. Pro Tem.

[No. 23400-2-III.   Division Three.   March 28, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDREW ADAM GUNDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 03-1-00808-2, C. James Lust, J., entered September 23, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Schultheis, JJ.